JAMES A. HEARD  (SBN 114940)
MACKENZIE & ALBRITTON LLP
One Post Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 288-4000
Facsimile:  (415) 288 4010

Attorneys for Plaintiff GTE Mobilnet of California
Limited Partnership, a California limited partnership
dba Verizon Wireless

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership dba VERIZON WIRELESS,<br><br>Plaintiff and Petitioner,<br><br>v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>Defendants and Respondents. | CASE NO.   C 06 0059 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff and Petitioner  GTE Mobilnet of California Limited Partnership, a California limited partnership, doing business as Verizon Wireless ("Verizon Wireless"), hereby dismisses this action.  No defendants have been served with process or appeared in this action.

Dated: March 16, 2006                    MACKENZIE & ALBRITTON

                                /s/ James A. Heard
                         By _____
                              James A. Heard
                              Attorneys for Plaintiff

---

**NOTICE OF VOLUNTARY DISMISSAL**